Reinhard Stork, Respondent, v. John D. Lymber, Appellant.— Motion for reargument denied, with costs, and stay vacated. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

Henry S. Strauss, Plaintiff, v. The Eastern Brewing Company, Defendant.— Motion for reargument denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

Byron Traver, Respondent, v. Robert P. Murphy, Appellant, Impleaded with S. W. Glover, Defendant.— Motion to dismiss appeal granted, with costs, unless the appeal is perfected and the case placed on the next calendar of this court. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

Salvatore Tubbiolo, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Motion denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.